B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Western District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dommer Construction Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1540026** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21 Palmer Place**<br>**Lancaster, NY**<br><br>ZIP Code **14086** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Dommer Construction Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____

            (Name of landlord that obtained judgment)

            _____

            (Address of landlord)

  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Dommer Construction Corporation**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Beth Ann Bivona**
Signature of Attorney for Debtor(s)

**Beth Ann Bivona**
Printed Name of Attorney for Debtor(s)

**Damon Morey LLP**
Firm Name

**The Avant Building, Suite 1200**
**200 Delaware Avenue**
**Buffalo, NY 14202-2150**

Address

**(716) 856-5500  Fax: (716) 856-5510**
Telephone Number

**June 23, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Paul K. Dommer**
Signature of Authorized Individual

**Paul K. Dommer**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 23, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANIMOUS CONSENT

## OF

## BOARD OF DIRECTORS

## OF

## DOMMER CONSTRUCTION CORPORATION

THE UNDERSIGNED, being the Directors of DOMMER CONSTRUCTION CORPORATION, a New York Corporation (the "Corporation"), who would be entitled to notice of meeting of the Board of Directors of the Corporation for the purpose of taking such action and adopting the resolutions set forth below, do hereby waive such notice, take the following action, and adopt the following resolutions by unanimous written consent to action pursuant to Section 708 of the Business Corporation Law of the State of New York.

NOW, THEREFORE, BE IT

RESOLVED, that the filing by this Corporation of a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S. Section 101, et seq. (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of New York be, and it hereby is, authorized and approved;

RESOLVED FURTHER, each of the officers of the Corporation is authorized and empowered to execute on behalf of the Corporation a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy court for the Western District of New York, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

RESOLVED FURTHER, that the Corporation is authorized to retain Damon Morey LLP as its General Counsel, in connection with its Chapter 11 Filing, upon the terms and conditions set forth in Damon Morey's June _23_, 2010 retainer letter;

RESOLVED FURTHER, that each of the officers of the Corporation is authorized to retain on behalf of this Corporation such other professionals as they deem necessary or appropriate, upon such terms and conditions as shall approve, to render services to this Corporation in Connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith;

RESOLVED FURTHER, that each officer of the Corporation be, and each of them is authorized and empowered to open Debtor-in-Possession bank accounts with _M+T Bank_ Bank, once a Chapter 11 case has been commenced;

RESOLVED FURTHER, that each of the officers of the Corporation is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subjects to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all actions taken by each of the officers and directors of the Corporation or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

RESOLVED, that each officer of the Corporation be, and each of them hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Corporation or otherwise, as he/she may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions.

RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned have executed this Consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this _23_ day of June, 2010.

Paul K Dommer, Director

Gary Sankes, Director

Thomas Wang, Director

_____, Director

#1457359

DOMMER CONSTRUCTION CORPORATION
AND
SUBSIDIARY

Consolidated Financial Statements
(with supplementary information)

December 31, 2009

DOMMER CONSTRUCTION CORPORATION
AND
SUBSIDIARY

Table of Contents

| | | |
|---|---|---|
| Independent Accountants' Review Report | Page | 1 |
| Consolidated Balance Sheet | Page | 2 |
| Consolidated Statement of Operations and Accumulated Deficit | Page | 3 |
| Consolidated Statement of Cash Flows | Page | 4 |
| Notes to the Consolidated Financial Statements | Pages | 5 – 9 |
| Consolidating Balance Sheet | Schedule | I |
| Consolidating Statement of Operations and Accumulated Deficit | Schedule | II |
| Consolidating Schedule of Contract Costs | Schedule | III |
| Schedule of Uncompleted Contracts – Dommer Construction Corporation | Schedule | IV |

# BROWN & COMPANY, LLP

## CERTIFIED PUBLIC ACCOUNTANTS

To the Stockholders of
Dommer Construction Corporation and Subsidiary
Lancaster, New York

### INDEPENDENT ACCOUNTANTS' REVIEW REPORT

We have reviewed the accompanying consolidated balance sheet of Dommer Construction Corporation and Subsidiary as of December 31, 2009 and the related consolidated statements of operations and accumulated deficit, and cash flows for the year then ended, in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. All information included in these consolidated financial statements is the representation of the management of Dommer Construction Corporation and Subsidiary.

A review consists principally of inquiries of Company personnel and analytical procedures applied to financial data. It is substantially less in scope than an audit in accordance with generally accepted auditing standards, the objective of which is the expression of an opinion regarding the consolidated financial statements taken as a whole. Accordingly, we do not express such an opinion.

Based on our review, we are not aware of any material modifications that should be made to the accompanying consolidated financial statements in order for them to be in conformity with generally accepted accounting principles.

Our review was made for the purpose of expressing limited assurance that there are no material modifications that should be made to the consolidated financial statements in order for them to be in conformity with generally accepted accounting principles. The supplementary information included in the accompanying Schedules I through IV is presented only for supplementary analysis purposes. Such information has been subjected to the inquiry and analytical procedures applied in the review of the basic consolidated financial statements, and we are not aware of any material modifications that should be made thereto.

*Brown + Company, LLP*

March 25, 2010

(1)

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Consolidated Balance Sheet

December 31, 2009

## ASSETS

| | |
|---|---:|
| Current assets: | |
| Cash | $ 326,572 |
| Accounts receivables, net | 1,029,332 |
| Advances from others, current portion | 121 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 56,710 |
| Prepaid expenses and other | 173,026 |
| Total current assets | 1,585,761 |
| Property and equipment, net | 41,692 |
| Other assets: | |
| Due from related parties | 103,143 |
| Advances from others, excluding current portion | 85,329 |
| Total other assets | 188,472 |
| | $ 1,815,925 |

## LIABILITIES AND STOCKHOLDERS' DEFICIENCY

| | |
|---|---:|
| Current liabilities: | |
| Accounts payable | 887,245 |
| Accrued payroll and taxes and expenses | 179,957 |
| Loans payable - stockholders | 7,526 |
| Distributions payable - stockholders | 489,055 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 42,055 |
| Total current liabilities | 1,605,838 |
| Notes payable - stockholders | 500,000 |
| Minority interest | (21,703) |
| Stockholders' deficiency: | |
| Common stock, no par value 100 shares authorized, issued and outstanding | 3,000 |
| Accumulated deficit | (271,210) |
| Total stockholders' deficiency | (268,210) |
| | $ 1,815,925 |

See independent accountants' review report and notes to the consolidated financial statements.

(2)

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Consolidated Statement of Operations and Accumulated Deficit

For the year ended December 31, 2009

| | |
|---|---:|
| Contract revenues | $ 4,357,292 |
| Contract costs | 3,423,864 |
| Gross profit | 933,428 |
| Selling, general and administrative expenses | 666,565 |
| Income from operations | 266,863 |
| Other income (expense): | |
| Debt forgiveness | 301,467 |
| Penalty abatement income | 12,574 |
| Gain (loss) on fixed asset disposals | (1,096) |
| Miscellaneous income | 666 |
| Interest expense | (48,873) |
| Penalties | (20,281) |
| Total other income (expense) | 244,457 |
| Income before minority interest | 511,320 |
| Minority interest in income of subsidiary | (136,874) |
| Net income | 374,446 |
| Accumulated deficit: | |
| Beginning of year | (354,584) |
| Less: Stockholder distributions | (291,072) |
| End of year | $ (271,210) |

See independent accountants' review report and notes to the consolidated financial statements.

(3)

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Consolidated Statement of Cash Flows

For the year ended December 31, 2009

| | |
|---|---:|
| Cash flows from operating activities: | |
| Net income | $ 374,446 |
| Adjustments to reconcile net income to net cash provided by operating activities: | |
| Minority interest | 136,874 |
| Depreciation | 7,686 |
| Loss on disposal of fixed assets | 1,096 |
| Changes in operating assets and liabilities affecting cash flows: | |
| Accounts receivable, net | 878,210 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 86,342 |
| Prepaid expenses and other | (13,869) |
| Accounts payable and accrued expenses | (992,264) |
| Billings in excess of costs and estimated earnings on uncompleted contracts | (348,876) |
| Net cash provided by operating activities | 129,645 |
| | |
| Cash flows from investing activities: | |
| Change in due from related parties | 66,715 |
| Net cash provided by investing activities | 66,715 |
| | |
| Cash flows from financing activities: | |
| Increrase in advances receivable | (6,308) |
| Net decrease in line-of-credit | (3) |
| Distributions payable - stockholders | (1,928) |
| Increase in notes payable - stockholders | 7,526 |
| Stockholder distributions | (291,072) |
| Net cash used by financing activities | (291,785) |
| Net decrease in cash | (95,425) |
| Cash at beginning of year | 421,997 |
| Cash at end of year | $ 326,572 |
| | |
| Supplemental disclosures of cash flows information: | |
| Income taxes, net of (refunds) | $ 5,625 |
| Interest | $ 57,764 |

See independent accountants' review report and notes to the consolidated financial statements.

(4)

# DOMMER CONSTRUCTION CORPORATION
# AND SUBSIDIARY

Notes to the Consolidated Financial Statements

December 31, 2009

(Unaudited – see independent accountants' review report)

## (1) ORGANIZATION

Dommer Construction Corporation (Dommer) and its subsidiary, Ortega Construction Methods, Inc. (Ortega), provide commercial drywall installation services to customers throughout the Western New York area. Ortega is in the process of winding down its business and management anticipates that it will be closed by December 31, 2010.

## (2) SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

### Variable Interest Entities

Dommer follows the authoritative literature on accounting for a variable interest in a variable interest entity which requires variable interest entities to be consolidated with their primary beneficiaries. In accordance with this authoritative literature, management determined that Dommer is the primary beneficiary of Ortega, which qualifies as a variable interest entity. Accordingly, the accompanying consolidated financial statements include the accounts of Dommer and Ortega (collectively, the Companies). The Companies have common management and common ownership. All significant inter-company accounts and transactions have been eliminated in consolidation.

As of December 31, 2009, and for the year then ended, Ortega had assets of $127,143, liabilities of $169,448, revenues of $985,474, and expenses of $717,093. The creditors of Ortega have no recourse to the assets or general credit of Dommer.

### Minority Interest

Minority interest represents an investor's 51% interest in Ortega.

### Cash

The Companies maintain their cash in bank deposit accounts which, at times, may exceed federally insured limits. The Companies have not experienced any losses in such accounts and believe that they are not exposed to any significant credit risk with respect to their cash.

### Revenue and Cost Recognition

The Companies recognize revenue using the percentage-of-completion, cost-to-cost method for uncompleted contracts. Accordingly, revenue is recognized based upon the percentage of costs incurred to date to management's estimate of total costs at the completion of each contract. This method is used because management considers expended costs to be the best available measure of progress on these contracts. Because of the inherent uncertainties in estimating costs, it is at least reasonably possible that the estimates used will change in the near-term.

Contract costs include all direct material, labor and subcontract costs, and those indirect costs related to contract performance such as indirect labor, supplies, and tool costs. Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are determined. Changes in job performance, job conditions, and estimated profitability, including those arising from contract penalty provisions and final contract settlements, may result in revisions to costs and income, and are recognized in the period in which the revisions are determined.

(5)

## (2)  SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES, CONTINUED

### Cash and Cash Equivalents

Cash and cash equivalents include cash on hand, cash in banks, and all highly liquid investments with a maturity of three months or less at the time of purchase.

### Due From Related Parties

Due from related parties includes amounts due from various affiliates.  The amounts are non-interest bearing and have no specific repayment terms.  Management does not expect these amounts to be collected in the near-term and, accordingly, they have been classified as a non-current asset in the accompanying consolidated balance sheet.

### Property and Equipment

Property and equipment are stated at cost.  Depreciation over the estimated useful lives of the assets (5 to 39 years) is computed on the straight-line method for financial statements reporting purposes.  Maintenance and repairs are charged to operations as incurred; significant betterments are capitalized.

### Income Taxes

Dommer, with the consent of its stockholders, has elected to be treated as an S corporation for federal and state income tax purposes, whereby income or loss from the Company is taxed at the individual stockholder level.  Accordingly, no provision for income taxes related to Dommer has been reflected in the accompanying consolidated financial statements.

Ortega is a C corporation.  Accordingly, deferred income tax assets and liabilities for Ortega are recognized for the estimated future tax consequences attributable to temporary differences between financial statement carrying amounts of existing assets and liabilities and their respective tax bases.  Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled.

### Use of Estimates

The preparation of consolidated financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period.  Actual results may differ from those estimates.

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Notes to the Consolidated Financial Statements

December 31, 2009

(Unaudited - see independent accountants' review report)

(3) ACCOUNTS RECEIVABLE

It is the policy of the Companies to assess the credit worthiness of each of its customers. Furthermore, the Companies generally have specific lien rights on properties related to their uncompleted contracts until payment is received. The Companies use the reserve method to account for bad debts and review their accounts receivable on a monthly basis. When an account is deemed uncollectible, the Companies charge operations. At December 31, 2009, an $8,565 bad debt allowance was established by management for the Companies' estimated uncollectible accounts. At December 31, 2009, approximately 43% of accounts receivable was due from four customers. Additionally, at December 31, 2009, accounts receivable included $416,026 in related retentions receivable, and $165,496 of unbilled receivables which are to be billed in 2010 and which management expects to receive by December 31, 2010.

(4) COSTS AND ESTIMATED EARNINGS ON UNCOMPLETED CONTRACTS

Costs and estimated earnings on uncompleted contracts consisted of the following at December 31, 2009:

| | |
|---|---:|
| Costs incurred on uncompleted contracts | $ 1,533,210 |
| Estimated earnings | 397,464 |
| | 1,930,674 |
| Less billings to date | 1,916,019 |
| | $ 14,655 |

Included in the accompanying consolidated balance sheet under the following captions:

| | |
|---|---:|
| Costs and estimated earnings in excess of billing on uncompleted contracts | $ 56,710 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | ( 42,055 ) |
| | $ 14,655 |

(5) PROPERTY AND EQUIPMENT

Property and equipment consisted of the following at December 31, 2009:

| | |
|---|---:|
| Vehicles | $ 34,515 |
| Leasehold improvements | 39,571 |
| Equipment | 52,578 |
| | 126,664 |
| Less accumulated depreciation | 84,972 |
| | $ 41,692 |

Depreciation expense amounted to $7,686 for the year ended December 31, 2009.

(6) LINE-OF-CREDIT

Loans payable – stockholder consisted of an unsecured loan that is non-interest bearing and which management intends to pay by December 31, 2010. The total outstanding balance amounted to $7,526 at December 31, 2009.

(7)

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Notes to the Consolidated Financial Statements

December 31, 2009

(Unaudited - see independent accountants' review report)

(7)  NOTES PAYABLE – STOCKHOLDERS

Notes payable – stockholders consisted of unsecured loans, accruing interest at the prime rate (5.0% at December 31, 2009).  No specific repayment terms exist for these loans and management does not intend to repay the balances in the near-term.  Accordingly, the amounts have been classified as non-current liabilities in the accompanying consolidated balance sheet.  The total outstanding balances amounted to $500,000 at December 31, 2009.

(8)  INCOME TAXES

The actual benefit from income taxes differs from the expected tax benefit (computed by applying the U.S. federal corporate tax rate of 15% to income before income taxes) primarily as a result of Dommer's S Corporation tax status, state income taxes, graduated tax rates, and from an decrease in the valuation allowance offsetting Ortega's deferred tax assets.

Ortega's deferred income taxes consisted of the following at December 31, 2009:

| | |
|---|---|
| Total deferred tax assets | $        - |
| Valuation allowance | - |
| Net deferred tax assets | $        - |

Deferred income taxes results principally from Ortega's net operating loss carryforwards.  At December 31, 2009, a valuation allowance was recorded to fully offset the deferred tax assets because realization of the related income tax benefits is uncertain.

At December 31, 2009, Ortega had federal and state net operating loss carryforwards of approximately $-0- available to offset future taxable income.

(9)  RELATED PARTY TRANSACTIONS

Dommer leases its operating facility from a stockholder under a month-to-month operating lease agreement.  The agreement provides for monthly rental payments of $2,500 plus additional amounts for property taxes, utilities, insurance, repairs, and maintenance relating to the property.  Related rental expense amounted to $30,000 for the year ended December 31, 2009.

Included in due from related parties, in the amount of $103,143 on the consolidated balance sheet at December 31, 2009 are stockholder and related company loans of $103,143 and employee receivables of $-0-.

Included in accounts receivable on the consolidated balance sheet is $18,357 from a related company.  Included in contract revenues on the consolidated statement of operations and accumulated deficit is $1,446 of sales and $6,411 of credit memos to a related company.

See Note 6 relative to loans payable-stockholders and Note 7 relative to notes payable-stockholders at December 31, 2009.

(8)

Notes to the Consolidated Financial Statements

December 31, 2009

(Unaudited - see independent accountants' review report)

## (10) NEW YORK STATE LIEN LAW

The Company's contracts are subject to the Trust Fund provisions of the New York State Lien Law which requires separate record keeping of amounts received or to be received and disbursed or to be disbursed under certain construction contracts. Such amounts are considered to be trust funds for the benefit of stated beneficiaries and may be used for only certain designated purposes until all trust liability under the laws would only be asserted if the Company was unable to meet its claims when due. At December 31, 2009, all known claims have been paid or provided for.

## (11) UNCERTAINTIES, CONTINGENCIES AND RISKS

Ortega has outstanding payroll tax liabilities from prior years included as a liability on its balance sheet at December 31, 2009. There are also more recent unpaid payroll tax liabilities included as a liability on the balance sheet for Dommer. No related interest or penalties have been accrued in these financial statements as management cannot reasonably estimate the amounts, if any, with certainty.

The Company is a co-defendant in a lawsuit brought on by the Business Funding Group, Inc. The plaintiff's assignor, the MBE Group, Inc., entered into a sub-contract with the Company for the performance of construction work and the supply of materials for the Highgate Heights Elementary School and the New Comprehensive East High School. The plaintiff claims that the MBE Group completed its work for the Company, but the Company did not pay the MBE Group what it was owed which in turn was assigned to the plaintiff. The Company is vigorously defending this lawsuit. The amount of the liability from the claims cannot be determined with certainty; however, management has accrued $69,474 and is of the opinion that the outcome of the claims will not have a material adverse impact on the consolidated financial position. Based on legal opinion, management believes its maximum expense to be $35,000 but no more than $273,000. Due to uncertainties in the settlement process, it is at least reasonably possible that management's estimate of the outcome will change within the next year.

## (12) SUBSEQUENT EVENTS

Management has evaluated subsequent events through March 25, 2010, the date the financial statements were available to be issued.

(9)

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Consolidating Balance Sheet

For the year ended December 31, 2009

| | Consolidated | Eliminations | Dommer Construction Corporation | Ortega Construction Methods, Inc. |
|---|---|---|---|---|
| **Current assets:** | | | | |
| Cash | $ 326,572 | - | 326,536 | 36 |
| Accounts receivable, net | 1,029,332 | (77,623) | 980,169 | 126,786 |
| Advances from others, current portion | 121 | - | - | 121 |
| Cost and estimated earnings in excess of billings on uncompleted contracts | 56,710 | - | 56,710 | - |
| Prepaid expenses and other | 173,026 | - | 173,026 | - |
| Stock subscription receivable | - | (200) | - | 200 |
| Total current assets | 1,585,761 | (77,823) | 1,536,441 | 127,143 |
| Property and equipment, net | 41,692 | - | 41,692 | - |
| **Other assets:** | | | | |
| Due from related parties | 103,143 | (4,262) | 107,405 | - |
| Advances from others, excluding current portion | 85,329 | - | 85,329 | - |
| Total other assets | 188,472 | (4,262) | 192,734 | - |
| | $ 1,815,925 | (82,085) | 1,770,867 | 127,143 |
| | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | 887,245 | (81,885) | 828,933 | 140,197 |
| Accrued payroll taxes and expenses | 179,957 | - | 158,182 | 21,775 |
| Loans payable - stockholders | 7,526 | - | - | 7,526 |
| Distributions payable - stockholders | 489,055 | - | 489,055 | - |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 42,055 | - | 42,055 | - |
| Total current liabilities | 1,605,838 | (81,885) | 1,518,225 | 169,498 |
| Notes payable - stockholders | 500,000 | - | 500,000 | - |
| Minority interest | (21,703) | - | - | (21,703) |
| **Stockholders' deficiency:** | | | | |
| Common stock, no par value 100 shares authorized and issued | 3,000 | (200) | 3,000 | 200 |
| Accumulated deficit | (271,210) | - | (250,358) | (20,852) |
| Total stockholders' deficiency | (268,210) | (200) | (247,358) | (20,652) |
| | $ 1,815,925 | (82,085) | 1,770,867 | 127,143 |

See independent accountants' review report.

### DOMMER CONSTRUCTION CORPORATION
### AND SUBSIDIARY

Consolidating Statement of Operations and Accumulated Deficit

For the year ended December 31, 2009

| | Consolidated | Eliminations | Dommer Construction Corporation | Ortega Construction Methods, Inc. |
|---|---|---|---|---|
| Contract revenues | $4,357,292 | (391,942) | 4,077,371 | 671,863 |
| Contract costs | 3,423,864 | (391,942) | 3,156,786 | 659,020 |
| Gross profit | 933,428 | - | 920,585 | 12,843 |
| Selling, general and administrative expenses | 666,565 | - | 608,496 | 58,069 |
| Income (loss) from operations | 266,863 | - | 312,089 | (45,226) |
| Other income (expense): | | | | |
| Debt forgiveness | 301,467 | - | - | 301,467 |
| Penalty abatement income | 12,574 | - | - | 12,574 |
| Gain (loss) on fixed asset disposals | (1,096) | - | - | (1,096) |
| Miscellaneous income | 666 | - | - | 666 |
| Interest expense | (48,873) | - | (48,873) | - |
| Penalties | (20,281) | - | (20,277) | (4) |
| Total other income (expense) | 244,457 | - | (69,150) | 313,607 |
| Income before minority interest | 511,320 | - | 242,939 | 268,381 |
| Minority interest in income of subsidiary | (136,874) | - | - | (136,874) |
| Net income | 374,446 | - | 242,939 | 131,507 |
| Accumulated deficit: | | | | |
| Beginning of year | (354,584) | - | (202,225) | (152,359) |
| Less: Stockholder distributions | (291,072) | - | (291,072) | - |
| End of year | $ (271,210) | - | (250,358) | (20,852) |

See independent accountants' review report.

DOMMER CONSTRUCTION CORPORATION
AND SUBSIDIARY

Consolidating Schedule of Contract Costs

For the year ended December 31, 2009

| | Consolidated | Eliminations | Dommer Construction Corporation | Ortega Construction Methods, Inc. |
|---|---|---|---|---|
| Labor | $ 1,229,974 | - | 1,229,974 | - |
| Materials | 799,870 | - | 704,019 | 95,851 |
| Subcontractor | 604,994 | - | 41,825 | 563,169 |
| Union dues and benefits | 773,761 | - | 773,761 | - |
| Payroll taxes | 137,979 | - | 137,979 | - |
| Insurance | 95,375 | - | 95,375 | - |
| Equipment rental | 19,174 | - | 19,174 | - |
| Vehicle | 60,280 | - | 60,280 | - |
| Other | 94,399 | - | 94,399 | - |
| | $ 3,815,806 | - | 3,156,786 | 659,020 |

See independent accountants' review report.

## DOMMER CONSTRUCTION CORPORATION

### Schedule of uncompleted contracts

### For the year ended December 31, 2009

| Job | Total Contract Price | Costs to Date | Estimated Cost to Complete | Total costs to date plus Est cost to complete | Estimated gross profit (loss) on entire job | Percent complete | Accrued gross profit (loss) to date | Total billed to date (including retainage) | Costs & Est earns in excess of billings | Billings in excess of costs & Est earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-006 Rath Building - 1st/16th Floors | $ 106,751 | 71,290 | 4,340 | 75,630 | 31,121 | 94.26% | 29,335 | 101,267 | - | 642 |
| 09-069 BNIA Concourse Phase II | 248,028 | 202,472 | 1,395 | 203,867 | 44,161 | 99.32% | 43,859 | 248,028 | - | 1,697 |
| 08-059 BNIA Concourse Phase I | 600,000 | 417,645 | 1,000 | 418,645 | 181,355 | 99.76% | 180,922 | 581,554 | 17,013 | - |
| 09-034 SUNY Fredonia-Maytum Hall | 210,000 | 703 | 182,537 | 183,240 | 26,760 | 0.38% | 103 | - | 806 | - |
| 08-054 Mason Hall - SUNY Fredonia | 589,000 | 75,623 | 425,815 | 501,438 | 87,562 | 15.08% | 13,205 | 75,000 | 13,828 | - |
| 09-075 ECMC - Group I | 836,300 | 111,241 | 576,974 | 688,215 | 148,085 | 16.16% | 23,936 | 168,355 | - | 33,178 |
| 09-083 Johnnie B. Wiley Sports Compl | 10,790 | 1,402 | 6,043 | 7,445 | 3,345 | 18.83% | 630 | - | 2,032 | - |
| 09-066 Sheehan Res - Plaster Repair | 1,600 | 288 | 1,000 | 1,288 | 312 | 22.36% | 70 | - | 358 | - |
| 09-086 Ralph Wilson - Phase IV | 29,900 | 6,490 | 18,090 | 24,580 | 5,320 | 26.40% | 1,405 | - | 7,895 | - |
| 09-060 Catholic Center -3rd Floor | 2,525 | 1,014 | 775 | 1,789 | 736 | 56.68% | 417 | 2,525 | - | 1,094 |
| 09-058 Jamestown Airport | 23,600 | 9,309 | 6,491 | 15,800 | 7,800 | 58.92% | 4,596 | - | 13,905 | - |
| 09-080 St. John Kanty | 8,195 | 2,992 | 1,340 | 4,332 | 3,863 | 69.07% | 2,668 | 8,195 | - | 2,535 |
| 09-079 Queen of Heaven | 3,480 | 1,769 | 509 | 2,278 | 1,202 | 77.66% | 933 | 3,480 | - | 778 |
| 09-061 St. Joseph's - Gowanda | 6,603 | 4,750 | 495 | 5,245 | 1,358 | 90.56% | 1,230 | 6,603 | - | 623 |
| 09-062 Our Lady of Mt. Carmel - Silver Creek | 20,007 | 19,287 | 1,001 | 20,288 | (281) | 95.07% | (267) | 20,007 | - | 987 |
| 09-089 Wilson Greatbatch - Corridor | 14,355 | 9,451 | 356 | 9,807 | 4,548 | 96.37% | 4,383 | 14,355 | - | 521 |
| 09-015 East Aurora Middle | 690,285 | 597,484 | 2,400 | 599,884 | 90,401 | 99.60% | 90,039 | 686,650 | 873 | - |
| | $ 3,401,419 | 1,533,210 | 1,230,561 | 2,763,771 | 637,648 | | 397,464 | 1,916,019 | 56,710 | 42,055 |

See independent accountants' review report.

| Form **1120S** | | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0130 | |
|---|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | | ► Do not file this form unless the corporation has filed or is<br>attaching Form 2553 to elect to be an S corporation.<br>► See separate instructions. | | **2009** | |

For calendar year 2009 or tax year beginning , 2009, ending ,

| **A** S election effective date<br>**12/01/1997** | Use<br>IRS<br>label.<br>Other-<br>wise,<br>print or<br>type. | DOMMER CONSTRUCTION CORPORATION<br>21 PALMER PLACE<br>LANCASTER, NY 14086 | **D** Employer identification number |
|---|---|---|---|
| **B** Business activity code<br>number (see instrs)<br>**238900** | | | **E** Date incorporated<br>12/01/1997 |
| **C** Check if Sch M-3<br>attached ☐ | | | **F** Total assets (see instructions)<br>$ 1,770,867. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not previously filed

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change

  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................... ► 4

Caution. Include *only* trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| INCOME | | | | |
|---|---|---|---|---|
| | **1a** Gross receipts or sales .. | 4,077,371. | **b** Less returns and allowances .. | | **c** Bal ► | **1c** | 4,077,371. |
| | **2** Cost of goods sold (Schedule A, line 8) ................................ | | **2** | 3,125,162. |
| | **3** Gross profit. Subtract line 2 from line 1c ................................ | | **3** | 952,209. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ............... | | **4** | |
| | **5** Other income (loss) (attach statement) ................................ | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ............................. ► | | **6** | 952,209. |

| DEDUCTIONS SEE INSTRS | | | | |
|---|---|---|---|---|
| | **7** Compensation of officers. ................................ | | **7** | 76,328. |
| | **8** Salaries and wages (less employment credits) ........................ | | **8** | 283,558. |
| | **9** Repairs and maintenance ................................ | | **9** | 2,134. |
| | **10** Bad debts ................................ | | **10** | |
| | **11** Rents ................................ | | **11** | 30,000. |
| | **12** Taxes and licenses ..................................... SEE STATEMENT 1 | | **12** | 36,713. |
| | **13** Interest ................................ | | **13** | 48,873. |
| | **14** Depreciation not claimed on Schedule A or elsewhere on return (attach Form 4562) ....... | | **14** | 16. |
| | **15** Depletion (**Do not deduct oil and gas depletion.**) ........................ | | **15** | |
| | **16** Advertising ................................ | | **16** | 1,250. |
| | **17** Pension, profit-sharing, etc, plans. ................................ | | **17** | 1,809. |
| | **18** Employee benefit programs ................................ | | **18** | 22,728. |
| | **19** Other deductions (attach statement) .............................. SEE STATEMENT 2 | | **19** | 152,414. |
| | **20** **Total deductions.** Add lines 7 through 19 ........................... ► | | **20** | 655,823. |
| | **21** **Ordinary business income (loss).** Subtract line 20 from line 6 ............... | | **21** | 296,386. |

| TAX AND PAYMENTS | | | | |
|---|---|---|---|---|
| | **22a** Excess net passive income or LIFO recapture<br>tax (see instructions) ............... | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) ............... | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) ................... | | **22c** | |
| | **23a** 2009 estimated tax payments and 2008 overpayment credited to 2009 ...... | **23a** | | |
| | **b** Tax deposited with Form 7004 ............... | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ............... | **23c** | | |
| | **d** Add lines 23a through 23c. ................................ | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ........ ► ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed..... | | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid............ | | **26** | |
| | **27** Enter amount from line 26 **Credited to 2010 estimated tax** | Refunded ► | **27** | |

| Sign<br>Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|
| | ► _____<br>Signature of officer | Date | ► PRESIDENT<br>Title | |

| Paid<br>Preparer's<br>Use Only | Preparer's<br>signature ► | Date<br>3/1/10 | Check if self-<br>employed .... ☒ | Preparer's SSN or PTIN |
|---|---|---|---|---|
| | Firm's name<br>(or yours if<br>self-employed),<br>address, and<br>ZIP code ► | BROWN & COMPANY LLP<br>4992 SWEET HOME ROAD<br>NIAGARA FALLS, NY 14305 | EIN<br>Phone no. 716.298.8000 | |

BAA For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.  SPSA0105L 12/16/09  Form **1120S** (2009)

## Schedule A   Cost of Goods Sold (see instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | 1,229,974. |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement) SEE STATEMENT 3 | 5 | 1,895,188. |
| 6 | Total. Add lines 1 through 5 | 6 | 3,125,162. |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 3,125,162. |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost as described in Regulations section 1.471-3

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Other (Specify method used and attach explanation.) _____

b Check if there was a writedown of subnormal goods as described in Regulations section 1.471-2(c) ........................ ▶ ☐

c Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................... ▶ ☐

d If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO ...... | 9d | |

e If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ............... ☐ Yes ☐ No

f Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ............... ☐ Yes ☐ No

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: a Business activity ▶ CONSTRUCTION   b Product or service... ▶ DRYWALL | | |
| 3 | At the end of the tax year, did the corporation own, directly or indirectly, 50% or more of the voting stock of a domestic corporation? (For rules of attribution, see section 267(c).) If 'Yes,' attach a statement showing: (a) name and employer identification number (EIN), (b) percentage owned, and (c) if 100% owned, was a QSub election made? | | X |
| 4 | Has this corporation filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 5 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............... ▶ ☐ If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 6 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to its basis (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain (defined in section 1374(d)(1)) in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............... ▶ $ _____ | | |
| 7 | Enter the accumulated earnings and profits of the corporation at the end of the tax year. ..... $ | | |
| 8 | Are the corporation's total receipts (see instructions) for the tax year and its total assets at the end of the tax year less than $250,000? If 'Yes,' the corporation is not required to complete Schedules L and M-1 | | X |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---:|
| I N C O M E (L O S S) | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | 296,386. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income | 4 | |
| | 5 | Dividends:  a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss) (see instructions) ........ Type ▶ | 10 | |

| | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|
| **Deduc-tions** | **11** Section 179 deduction *(attach Form 4562)* .................. | **11** | |
| | **12a** Contributions ................................ SEE STATEMENT 4 .... | **12a** | 5,315. |
| | **b** Investment interest expense.................................... | **12b** | |
| | **c** Section 59(e)(2) expenditures  **(1)** Type ▶_____ **(2)** Amount ▶ | **12c (2)** | |
| | **d** Other deductions *(see instructions)* ... Type ▶     SEE STATEMENT 5 | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) .................... | **13a** | |
| | **b** Low-income housing credit (other) ............................. | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) *(attach Form 3468)*.............. | **13c** | |
| | **d** Other rental real estate credits *(see instrs)*   Type ▶_____ | **13d** | |
| | **e** Other rental credits *(see instrs)*   Type ▶ | **13e** | |
| | **f** Alcohol and cellulosic biofuel fuels credit *(attach Form 6478)*.............. | **13f** | |
| | **g** Other credits *(see instructions)* ...... Type ▶ | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession ...... ▶_____ | | |
| | **b** Gross income from all sources.................................. | **14b** | |
| | **c** Gross income sourced at shareholder level ..................... | **14c** | |
| |    *Foreign gross income sourced at corporate level* | | |
| | **d** Passive category................................................ | **14d** | |
| | **e** General category................................................ | **14e** | |
| | **f** Other *(attach statement)*...................................... | **14f** | |
| |    *Deductions allocated and apportioned at shareholder level* | | |
| | **g** Interest expense............................................... | **14g** | |
| | **h** Other......................................................... | **14h** | |
| |    *Deductions allocated and apportioned at corporate level to foreign source income* | | |
| | **i** Passive category............................................... | **14i** | |
| | **j** General category.............................................. | **14j** | |
| | **k** Other *(attach statement)*...................................... | **14k** | |
| |    *Other information* | | |
| | **l** Total foreign taxes (check one): ▶ ☐ Paid   ☐ Accrued ............. | **14l** | |
| | **m** Reduction in taxes available for credit | | |
| |    *(attach statement)*............................................ | **14m** | |
| | **n** Other foreign tax information *(attach statement)* | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment............................. | **15a** | -1. |
| | **b** Adjusted gain or loss.......................................... | **15b** | |
| | **c** Depletion (other than oil and gas).............................. | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income............. | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions ............... | **15e** | |
| | **f** Other AMT items *(attach statement)*............................ | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income.................................. | **16a** | |
| | **b** Other tax-exempt income...................................... | **16b** | |
| | **c** Nondeductible expenses....................................... | **16c** | 42,938. |
| | **d** Property distributions.......................................... | **16d** | 291,072. |
| | **e** Repayment of loans from shareholders.......................... | **16e** | |
| **Other Infor-mation** | **17a** Investment income............................................ | **17a** | |
| | **b** Investment expenses.......................................... | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits.............. | **17c** | |
| | **d** Other items and amounts | | |
| |    *(attach statement)* | | |
| **Recon-ciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and lines 14l ... | **18** | 291,071. |

BAA                                     Form **1120S** (2009)

## Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 372,109. | | 326,535. |
| 2a Trade notes and accounts receivable | 1,638,225. | | 988,734. | |
| b Less allowance for bad debts | 10,167. | 1,628,058. | 8,565. | 980,169. |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities (see instructions) | | | | |
| 6 Other current assets (attach stmt)....SEE ST. 6. | | 421,169. | | 335,896. |
| 7 Loans to shareholders | | 86,573. | | 86,573. |
| 8 Mortgage and real estate loans | | | | |
| 9 Other investments (attach statement) | | | | |
| 10a Buildings and other depreciable assets | 126,664. | | 126,664. | |
| b Less accumulated depreciation | 77,286. | 49,378. | 84,972. | 41,692. |
| 11a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 12 Land (net of any amortization) | | | | |
| 13a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 14 Other assets (attach stmt)....SEE ST. 7. | | | | 2. |
| 15 Total assets | | 2,557,287. | | 1,770,867. |
| **Liabilities and Shareholders' Equity** | | | | |
| 16 Accounts payable | | 1,055,342. | | 828,933. |
| 17 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 Other current liabilities (attach stmt)..SEE ST. 8. | | 1,201,170. | | 689,292. |
| 19 Loans from shareholders | | 500,000. | | 250,000. |
| 20 Mortgages, notes, bonds payable in 1 year or more | | | | 250,000. |
| 21 Other liabilities (attach statement) | | | | |
| 22 Capital stock | | 3,000. | | 3,000. |
| 23 Additional paid-in capital | | | | |
| 24 Retained earnings | | -202,225. | | -250,358. |
| 25 Adjustments to shareholders' equity (att stmt) | | | | |
| 26 Less cost of treasury stock | | | | |
| 27 Total liabilities and shareholders' equity | | 2,557,287. | | 1,770,867. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more — see instructions

| | | | | |
|---|---|---|---|---|
| 1 Net income (loss) per books | 242,939. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a Tax-exempt interest. $_____ | | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12, and 14l, not charged against book income this year (itemize): | | |
| a Depreciation...... $_____ 7,686. | | a Depreciation ... $_____ 2,492. | | 2,492. |
| b Travel and entertainment . $_____ 22,647. | | | | |
| SEE STATEMENT 9 _____ 20,291. | 50,624. | 7 Add lines 5 and 6 | | 2,492. |
| 4 Add lines 1 through 3 | 293,563. | 8 Income (loss) (Schedule K, ln 18). Ln 4 less ln 7 | | 291,071. |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | -656,305. | 428,165. | |
| 2 Ordinary income from page 1, line 21 | 296,386. | | |
| 3 Other additions | | | |
| 4 Loss from page 1, line 21 | | | |
| 5 Other reductions...........SEE STATEMENT 10... | ( 53,447.) | | |
| 6 Combine lines 1 through 5 | -413,366. | 428,165. | |
| 7 Distributions other than dividend distributions | | 291,072. | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -413,366. | 137,093. | |

SPSA0134L 12/16/09                                           Form 1120S (2009)

671109

☐ Final K-1    ☐ Amended K-1                    OMB No. 1545-0130

# Schedule K-1
(Form 1120S)

## 2009

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____ , 2009
ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| **Part I** | **Information About the Corporation** |
| --- | --- |

**A** Corporation's employer identification number

▓▓▓▓▓▓▓▓▓

**B** Corporation's name, address, city, state, and ZIP code

DOMMER CONSTRUCTION CORPORATION
21 PALMER PLACE
LANCASTER, NY 14086

**C** IRS Center where corporation filed return
E-FILE

| **Part II** | **Information About the Shareholder** |
| --- | --- |

**D** Shareholder's identifying number

▓▓▓▓▓▓▓▓

**E** Shareholder's name, address, city, state, and ZIP code

PAUL DOMMER
19 CARDY LANE
DEPEW, NY 14043

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . .      30 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
| --- | --- |

| | | | |
| --- | --- | --- | --- |
| 1 | Ordinary business income (loss) 88,916. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 12,881. |
| 12 | Other deductions | D | 87,322. |
| A | 1,595. | | |
| Q | 88,916. | | |
| R | 476,958. | | |
| | | 17 | Other information |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.      Schedule K-1 (Form 1120S) 2009

SHAREHOLDER 1

**SUPPLEMENTAL INFORMATION**

ADD NYS TAX OF $300; ADD HEALTH INSUR $8,208; DEDUCT HEALTH INSUR $8,208.

SHAREHOLDER 1 : PAUL DOMMER ▓▓▓▓▓▓▓

SPSL1201L 07/31/03

671109

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0130

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax
year beginning _____ , 2009
ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

~~██████████~~

**B** Corporation's name, address, city, state, and ZIP code

DOMMER CONSTRUCTION CORPORATION
21 PALMER PLACE
LANCASTER, NY 14086

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

~~██████████~~

**E** Shareholder's name, address, city, state, and ZIP code

JOSHUA SANKES
1240 CORNISH COURT
SARASOTA, FL 34232

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . . .     17.5 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss)  51,868. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis  C    7,515. |
| 12 | Other deductions  A    930.  Q    51,868.  R    278,226. | | D    50,938. |
| | | 17 | Other information |

*See attached statement for additional information.

BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (Form 1120S) 2009

SHAREHOLDER 2

SPSA0412L  12/15/09

Case 1-10-12764-MJK    Doc 1    Filed 06/23/10    Entered 06/23/10 13:13:59    Desc Main
Document    Page 27 of 50


## SUPPLEMENTAL INFORMATION

ADD NYS TAX OF $175 TO NY STATE RETURN

DISTRIBUTIONS IN EXCESS OF BASIS ....$ 7515

SHAREHOLDER 2 : JOSHUA SANKES

671109

OMB No. 1545-0130

☐ Final K-1   ☐ Amended K-1

| Schedule K-1 | **2009** | | Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|---|---|

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

For calendar year 2009, or tax
year beginning _____, 2009
ending _____,

## Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| | Part I | Information About the Corporation |
|---|---|---|

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

DOMMER CONSTRUCTION CORPORATION
21 PALMER PLACE
LANCASTER, NY 14086

**C** IRS Center where corporation filed return
E-FILE

| | Part II | Information About the Shareholder |
|---|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

THOMAS WARDA
6479 EDGEWOOD DR
LOCKPORT, NY 14094

**F** Shareholder's percentage of stock
ownership for tax year................... 35 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) 103,735. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A   -1. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C   15,029. |
| 12 | Other deductions A   1,860. | | D   101,875. |
| | Q   103,735. | | |
| | R   556,451. | | |
| | | 17 | Other information |

*See attached statement for additional information.

BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

SHAREHOLDER 3

Schedule K-1 (Form 1120S) 2009

SPSA0412L  12/15/09

## SUPPLEMENTAL INFORMATION

ADD NYS TAX OF $350.

671109

□ Final K-1      □ Amended K-1      OMB No. 1545-0130

## Schedule K-1
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2009**

For calendar year 2009, or tax
year beginning _____, 2009
ending _____, _____

# Shareholder's Share of Income, Deductions, Credits, etc. ► See page 2 of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

██████████████

**B** Corporation's name, address, city, state, and ZIP code

DOMMER CONSTRUCTION CORPORATION
21 PALMER PLACE
LANCASTER, NY 14086

**C** IRS Center where corporation filed return
E-FILE

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

████████████████

**E** Shareholder's name, address, city, state, and ZIP code

MATTHEW SANKES
7876 BERGAMO AVENUE
SARASOTA, FL 34238

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . . . . . . . .      17.5 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 51,867. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 7,513. |
| 12 | Other deductions | D | 50,937. |
| | A | 930. | |
| | Q | 51,867. | |
| | R | 278,225. | |
| | | 17 | Other information |

*See attached statement for additional information.

**BAA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**       Schedule K-1 (Form 1120S) 2009

SHAREHOLDER 4

SPSA0412L  12/15/09

## SUPPLEMENTAL INFORMATION

ADD NYS TAX OF $175 TO NY SATE RETURN

DISTRIBUTIONS IN EXCESS OF BASIS........$ 7513

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**

► See separate instructions.   ► Attach to your tax return.

OMB No. 1545-0172

**2009**

Attachment
Sequence No. **67**

Name(s) shown on return

DOMMER CONSTRUCTION CORPORATION

Identifying number

Business or activity to which this form relates

FORM 1120S, SCHEDULE A (COGS)

## Part I  Election To Expense Certain Property Under Section 179

Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses. | **1** | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions). | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions). | **3** | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions. | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29. | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7. | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8. | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2008 Form 4562. | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs). | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2010. Add lines 9 and 10, less line 12 ........ ► | **13** | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

## Part II  Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions). | **14** | |
| 15 | Property subject to section 168(f)(1) election. | **15** | |
| 16 | Other depreciation (including ACRS). | **16** | |

## Part III  MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2009 | **17** | 2,476. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2009 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2009 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28. | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions. | **22** | 2,476. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

BAA For Paperwork Reduction Act Notice, see separate instructions.

FDIZ0812L 07/07/09

Form **4562** (2009)



**Part V** **Listed Property** (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A — Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed?......... [X] Yes [ ] No  24b If 'Yes,' is the evidence written?..... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions) ................. 25 | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| 2005 SAVANA | 7/29/05 | 100.0 | 32,394. | | 5.0 | 200DB HY | | |
| | | | | | | | | |
| | | | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .................. 28    0.

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ...................................... 29    0.

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles)..................... | | | | | | |
| 31 Total commuting miles driven during the year......... | | | | | | |
| 32 Total other personal (noncommuting) miles driven..................... | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32...................... | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?.......... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?..................... | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?............................. | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners............... | | |
| 39 Do you treat all use of vehicles by employees as personal use?............................. | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?..................... | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.)............... | | |

**Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.*

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2009 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2009 tax year ............................. 43 | | | | | |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report. ................................ 44 | | | | | |

FDIZ0812L 07/07/09    Form 4562 (2009)

3/10/10        11:33AM

**STATEMENT 1**
**FORM 1120S, LINE 12**
**TAXES AND LICENSES**

| | | |
|---|---|---:|
| PAYROLL TAXES | $ | 33,205. |
| REAL ESTATE TAXES | | 2,508. |
| STATE TAX | | 1,000. |
| | TOTAL $ | 36,713. |

**STATEMENT 2**
**FORM 1120S, LINE 19**
**OTHER DEDUCTIONS**

| | | |
|---|---|---:|
| ACCOUNTING | $ | 10,125. |
| AUTO AND TRUCK EXPENSE | | 35,095. |
| BANK CHARGES | | 1,020. |
| BONDS | | 360. |
| DUES AND SUBSCRIPTIONS | | 1,551. |
| EMPLOYEE RELATIONS | | 5,673. |
| INSURANCE | | 9,951. |
| LEGAL AND PROFESSIONAL | | 24,491. |
| MEALS AND ENTERTAINMENT EXPENSE | | 22,648. |
| MISCELLANEOUS | | 708. |
| OFFICE EXPENSE | | 18,178. |
| PLAN SPECS | | 5,460. |
| POSTAGE | | 3,079. |
| TELEPHONE | | 4,438. |
| TRAINING | | 984. |
| UNION BENEFIT-NON JOB | | 2,319. |
| UTILITIES | | 6,334. |
| | TOTAL $ | 152,414. |

**STATEMENT 3**
**FORM 1120S, SCHEDULE A, LINE 5**
**OTHER COSTS**

| | | |
|---|---|---:|
| BONDING | $ | 2,867. |
| DEPRECIATION | | 2,476. |
| DUMPSTER | | 30,020. |
| INSURANCE | | 95,375. |
| MATERIALS | | 704,019. |
| MILEAGE AND TOLLS | | 33,865. |
| MISC | | 34,532. |
| PAYROLL TAXES | | 137,979. |
| RENTAL | | 19,174. |
| SMALL EQUIP | | 1,992. |
| SUBCONTRACT | | 41,825. |
| TELEPHONE | | 17,303. |
| UNION BENEFITS | | 773,761. |
| | TOTAL $ | 1,895,188. |


**STATEMENT 4**
**FORM 1120S, SCHEDULE K, LINE 12A**
**CHARITABLE CONTRIBUTIONS**

| | | |
|---|---|---:|
| CASH CONTRIBUTIONS - 50% LIMITATION | $ | 5,315. |
| | TOTAL $ | 5,315. |

---

**STATEMENT 5**
**FORM 1120S, SCHEDULE K, LINE 12D**
**OTHER DEDUCTIONS**

**QUALIFIED DOMESTIC PRODUCTION ACTIVITY INFORMATION**

| | | |
|---|---|---:|
| QUALIFIED PRODUCTION ACTIVITIES INCOME | $ | 296,386. |
| EMPLOYER'S FORM W-2 WAGES | | 1,589,860. |

---

**STATEMENT 6**
**FORM 1120S, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| COSTS & EST EARNS IN EXCESS OF BILLINGS | $ 143,052. | $ 56,710. |
| DUE FROM RELATED PARTIES | 119,111. | 106,161. |
| PREPAID EXPENSES | 159,006. | 173,025. |
| TOTAL | $ 421,169. | $ 335,896. |

---

**STATEMENT 7**
**FORM 1120S, SCHEDULE L, LINE 14**
**OTHER ASSETS**

| | BEGINNING | ENDING |
|---|---:|---:|
| ROUNDING | $ 0. | $ 2. |
| TOTAL | $ 0. | $ 2. |

---

**STATEMENT 8**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---:|---:|
| ACCRUED EXPENSES | $ 18,145. | $ 3,482. |
| BILLINGS IN EXCESS OF COSTS & EST EARNS | 365,485. | 42,055. |
| DISTRIBUTIONS PAYABLE TO S/H'S | 490,983. | 489,055. |
| PAYROLL TAXES AND BENEFITS | 323,557. | 153,695. |
| SALES TAX | 0. | 755. |
| STATE TAX PAYABLE | 3,000. | 250. |
| TOTAL | $ 1,201,170. | $ 689,292. |



CLIENT 200      DOMMER CONSTRUCTION CORPORATION

3/10/10      11:33AM

**STATEMENT 9**
**FORM 1120S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

| | | |
|---|---|---:|
| ACCRUED LOSSES ON CONTRACTS IN PROGRESS | $ | 14. |
| PENALTIES | | 20,277. |
| | TOTAL $ | 20,291. |

**STATEMENT 10**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | | |
|---|---|---:|
| ACCRUED LOSSES ON CONTRACTS IN PROGRESS | $ | 14. |
| BOOK/TAX DEPR DIFF | | 5,194. |
| CONTRIBUTIONS | | 5,315. |
| DISALLOWED MEALS AND ENTERTAINMENT | | 22,647. |
| PENALTIES | | 20,277. |
| | TOTAL $ | 53,447. |

# 2009 FEDERAL DEPRECIATION SCHEDULE

## DOMMER CONSTRUCTION CORPORATION

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT. | CUR 179 BONUS | SPECIAL DEPR. ALLOW. | PRIOR 179/BONUS/SP. DEPR. | PRIOR DEC. BAL. DEPR. | SALVAG/BASIS REDUCT. | DEPR. BASIS | PRIOR DEPR. | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FORM 1120S | | | | | | | | | | | | | | | |
| | FURNITURE AND FIXTURES | | | | | | | | | | | | | | | |
| 5 | OFFICE EQUIPMENT | 7/01/00 | | 8,257 | | | 0 | 8,257 | 0 | 0 | 0 | 0 | 200DB HY | 7 | | 0 |
| 9 | DELL SERVER | 6/25/04 | | 604 | | | 0 | 302 | | | 302 | 286 | 200DB HY | 5 | | 16 |
| 12 | DIGITAL CAMERA | 2/23/05 | | 433 | | | 0 | 433 | | | 0 | 0 | 200DB HY | 7 | | 0 |
| | TOTAL FURNITURE AND FIXTURE | | | 9,294 | | | 0 | 8,992 | 0 | 0 | 302 | 286 | | | | 16 |
| | MISCELLANEOUS | | | | | | | | | | | | | | | |
| 11 | OFFICE FURNITURE | 1/12/05 | | 1,566 | | | 0 | 1,566 | | | 0 | 0 | 200DB HY | 7 | | 0 |
| | TOTAL MISCELLANEOUS | | | 1,566 | | | 0 | 1,566 | | | 0 | 0 | | | | 0 |
| | TOTAL DEPRECATION | | | 10,860 | | | 0 | 10,558 | 0 | 0 | 302 | 286 | | | | 16 |
| | FORM 1120S, SCHEDULE A | | | | | | | | | | | | | | | |
| | AUTO / TRANSPORT EQUIPMENT | | | | | | | | | | | | | | | |
| 1 | EQUIPMENT | 7/01/98 | | 2,121 | | | 0 | 2,121 | | | 0 | 0 | 200DB HY | 7 | | 0 |
| 13 | 2005 SAVANA CUBE VAN | 7/29/05 | | 32,394 | | | 0 | 32,394 | | | 0 | 0 | 200DB HY | 5 | .05760 | 0 |
| | TOTAL AUTO / TRANSPORT EQUIP | | | 34,515 | | | 0 | 34,515 | | | 0 | 0 | | | | 0 |
| | IMPROVEMENTS | | | | | | | | | | | | | | | |

CLIENT 200

2009 FEDERAL DEPRECIATION SCHEDULE

DOMMER CONSTRUCTION CORPORATION

3/10/10     11:33AM

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR ALLOW | PRIOR 179/BONUS/SP. DEPR | PRIOR DEC. BAL DEPR | SALVAG/BASIS REDUCT | DEPR. BASIS | PRIOR DEPR | METHOD | LIFE | RATE | CURRENT DEPR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LEASEHOLD IMPROVEMENTS | | | | | | | | | | | | | | | |
| 8 | LEASEHOLD IMPROVEMENTS | 7/01/02 | | 39,571 | | | 0 | 0 | 0 | 0 | 39,571 | 6,556 | S/L MM | 39 | .02564 | 1,015 |
| | TOTAL IMPROVEMENTS | | | 39,571 | | | 0 | 0 | 0 | 0 | 39,571 | 6,556 | | | | 1,015 |
| | MACHINERY AND EQUIPMENT | | | | | | | | | | | | | | | |
| 2 | EQUIPMENT | 7/01/98 | | 5,992 | | | | 139 | | | 5,853 | 5,853 | 200DB HY | 5 | | 0 |
| 3 | EQUIPMENT | 1/07/99 | | 4,934 | | | | 4,934 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| 4 | EQUIPMENT | 7/01/00 | | 5,018 | | | | 5,018 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| 6 | EQUIPMENT | 7/01/01 | | 1,082 | | | | 1,082 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| 7 | EQUIPMENT | 7/01/02 | | 11,828 | | | | 11,828 | | | 0 | 0 | 200DB HY | 5 | | 0 |
| 10 | TOOL RANCH | 6/14/04 | | 1,461 | | | | 731 | | | 730 | 568 | 200DB HY | 7 | .08820 | 65 |
| 14 | CFS BLUEMAX/GRACO MARK V | 5/07/08 | | 11,403 | | | | 5,702 | | | 5,701 | 815 | 200DB HY | 7 | .24490 | 1,396 |
| | TOTAL MACHINERY AND EQUIPME | | | 41,718 | | 0 | 0 | 29,434 | 0 | 0 | 12,284 | 7,236 | | | | 1,461 |
| | TOTAL DEPRECIATION | | | 115,804 | | 0 | 0 | 63,949 | 0 | 0 | 51,855 | 13,792 | | | | 2,476 |
| | GRAND TOTAL DEPRECIATION | | | 126,664 | | 0 | 0 | 74,507 | 0 | 0 | 52,157 | 14,078 | | | | 2,492 |

# United States Bankruptcy Court
## Western District of New York

In re **Dommer Construction Corporation**  Case No. _____
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Business Funding Group 16 West Main Street, 7th Floor Rochester, NY 14614 | Business Funding Group 16 West Main Street, 7th Floor Rochester, NY 14614 | Judgement | | 438,725.17 |
| Empire State Carpenters (Buffalo) 181 Industrial Park Road Horseheads, NY 14845 | Tom Burke Empire State Carpenters (Buffalo) 1159 Maryvale Drive Cheektowaga, NY 14225 (607) 739-1028 | Carpenters' Union | | 217,148.11 |
| Kamco Supply Corp. of New England PO Box 530 Wallingford, CT 06492 | Donna Kamco Supply Corp. of New England 1300 Perry Street at Dole Buffalo, NY 14210 (716) 823-3907 | Supplier | | 111,405.51 |
| Henrietta Building Supplies 1 Riverton Way W. Henrietta, NY 14586 | Ron Cedruly Henrietta Building Supplies 1 Riverton Way W. Henrietta, NY 14586 (585) 334-4020 | Supplier | | 79,988.02 |
| Electrolab, Inc. 4535 Bailey Avenue Buffalo, NY 14226 | Electrolab, Inc. 4535 Bailey Avenue Buffalo, NY 14226 (716) 833-4457 | Supplier | | 39,150.00 |
| OCM Construction, Inc. 116 Edison Street Lackawanna, NY 14218 | Konrad Ortega OCM Construction, Inc. 116 Edison Street Lackawanna, NY 14218 (716) 681-0331 | Subcontractor | | 21,064.35 |
| Vanner Insurance Agency 11 Pinchot Court #100 Amherst, NY 14228 | Bill Quinn Vanner Insurance Agency 11 Pinchot Court #100 Amherst, NY 14228 (716) 688-8888 | Insurance | | 16,821.00 |

In re   **Dommer Construction Corporation**                 Case No.  _____

                               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hilti, Inc.**<br>PO Box 382002<br>Pittsburgh, PA 15250-8002 | **Jeff Cervoni**<br>Hilti, Inc.<br>4974 Harlem Road<br>Buffalo, NY 14226<br>(800) 950-6196 | **Supplier** | | **15,832.76** |
| **DC-4 Trust Fund**<br>585 Aero Drive<br>Cheektowaga, NY 14225 | **Mark Stevens**<br>DC-4 Trust Fund<br>585 Aero Drive<br>Cheektowaga, NY 14225 | **Painters' Union** | | **13,343.65** |
| **Progressive Systems, Inc.**<br>8095 Riley Street<br>Zeeland, MI 49464 | **Progressive Systems, Inc.**<br>8095 Riley Street<br>Zeeland, MI 49464<br>(616) 748-1384 | **Supplier** | | **12,077.82** |
| **Brown & Company**<br>4992 Sweet Home Road<br>Niagara Falls, NY 14305 | **Chris Brown**<br>Brown & Company<br>4992 Sweet Home Road<br>Niagara Falls, NY 14305<br>(716) 298-8000 | **Accountant** | | **9,250.00** |
| **IUPAT Pension Fund**<br>PO Box 92869<br>Chicago, IL 60675-2869 | **IUPAT Pension Fund**<br>PO Box 92869<br>Chicago, IL 60675-2869 | **Painters' Union** | | **8,352.80** |
| **Tool Ranch**<br>3857 Walden Avenue<br>Lancaster, NY 14086 | **Colleen**<br>Tool Ranch<br>3857 Walden Avenue<br>Lancaster, NY 14086<br>(716) 685-1556 | **Supplier** | | **8,311.04** |
| **Bloom & Shonn LLP**<br>6 North Pearl Street<br>Buffalo, NY 14202 | **Eric A. Bloom, Esq.**<br>Bloom & Shonn LLP<br>6 North Pearl Street<br>Buffalo, NY 14202<br>(716) 856-5500 | **Legal fees** | | **7,964.00** |
| **Rochester Davis Fetch Corp.**<br>175 Dodge Street<br>Rochester, NY 14606 | **Rochester Davis Fetch Corp.**<br>175 Dodge Street<br>Rochester, NY 14606<br>(585) 458-0150 | **Subcontractor** | | **7,390.00** |
| **Admar**<br>1950 Brighton Henrietta Townline Road<br>Rochester, NY 14623 | **Admar**<br>1950 Brighton Henrietta Townline Road<br>Rochester, NY 14623 | **Supplier** | | **4,882.60** |
| **Buffalo Laborers Benefit Fund**<br>2750 Harlem Road - Suite 200<br>Cheektowaga, NY 14225 | **Tracy Baugher**<br>Buffalo Laborers Benefit Fund<br>2750 Harlem Road - Suite 200<br>Cheektowaga, NY 14225<br>(716) 894-8061 | **Laborers' Union** | | **4,416.00** |
| **Plasterers Local 9**<br>325 Oliver Street<br>No. Tonawanda, NY 14120 | **Paul Brown**<br>Plasterers Local 9<br>325 Oliver Street<br>No. Tonawanda, NY 14120 | **Plasterers' Union** | | **4,253.76** |

In re   **Dommer Construction Corporation**                                              Case No.   _____

              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Empire State Carpenters (NiaGen)**<br>**181 Industrial Park Road**<br>**Horseheads, NY 14845** | **Tom Burke**<br>**Empire State Carpenters (NiaGen)**<br>**1159 Maryvale Drive**<br>**Cheektowaga, NY 14225**<br>**(607) 739-1028** | **Carpenters' Union** | | **4,175.92** |
| **Home Depot**<br>**Dept 32-2003444084-PO Box 6029**<br>**The Lakes, NV 88901-6029** | **Home Depot**<br>**4139 Transit Road**<br>**Williamsville, NY 14221**<br>**(716) 633-9200** | **Supplier** | | **3,767.31** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **June 23, 2010**                                Signature   **/s/ Paul K. Dommer**
                                                  **Paul K. Dommer**
                                                  **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                          18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re   **Dommer Construction Corporation**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 23, 2010**

**/s/ Paul K. Dommer**

**Paul K. Dommer**/**President**
Signer/Title

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com
   Best Case Bankruptcy

Admar
1950 Brighton Henrietta Townline Road
Rochester, NY 14623


BC/BS
PO Box 5132
Buffalo, NY 14240-5132


Bloom & Shonn LLP
6 North Pearl Street
Buffalo, NY 14202


Brown & Company
4992 Sweet Home Road
Niagara Falls, NY 14305


Buffalo Crushed Stone
2544 Clinton Street
Buffalo, NY 14224


Buffalo Laborers Benefit Fund
2750 Harlem Road - Suite 200
Cheektowaga, NY 14225


Buffalo Sales Associates
3120 Elmwood Avenue
Buffalo, NY 14217


Building Specialties
675 Duke Road
Cheektowaga, NY 14225-5196


Business Funding Group
16 West Main Street, 7th Floor
Rochester, NY 14614


Catholic Directory/Diocese of Buffalo
Diocese of Buffalo - Lockbox Dept 294 -
Buffalo, NY 14267


CIEA - CIF Fund
Dept #222 - PO Box 8000
Buffalo, NY 14267

Colonial Business Systems
101 Lincoln Parkway
East Rochester, NY 14445

Constructive Solutions
Woodlands-3730 Commerce Ct #600
No. Tonawanda, NY 14120

Craig L. McGrain, Esq.
1163 Pittsford Victor Road, Suite 250
Pittsford, NY 14534

DC-4 Trust Fund
585 Aero Drive
Cheektowaga, NY 14225

District Council #4 Trust Fund
585 Aero Drive
Cheektowaga, NY 14225

Door Specialties, Inc.
530 Fillmore Avenue
Tonawanda, NY 14150

Eberl Iron Works, Inc.
128 Sycamore Street
Buffalo, NY 14204

Electrolab, Inc.
4535 Bailey Avenue
Buffalo, NY 14226

Empire State Carpenters (Buffalo)
181 Industrial Park Road
Horseheads, NY 14845

Empire State Carpenters (NiaGen)
181 Industrial Park Road
Horseheads, NY 14845

Erie County Water Authority
350 Ellicott Square Bldg - PO Box 5148
Buffalo, NY 14240

```
Exxon Mobil
PO Box 4575
Carol Stream, IL 60197-4575


FedEx
PO Box 371461
Pittsburgh, PA 15250-7461


Forest Materials
1665 Harlem Road
Buffalo, NY 14206-1987


Foxy Delivery
PO Box 691
Kenmore, NY 14217


Gary Sankes
2633 West River Road
Grand Island, NY 14072


Great Lakes Concrete Products
5690 Camp Road
Hamburg, NY 14075


Guard Contracting Corporation
317 Vulcan Street
Buffalo, NY 14207


Hartford
c/o Plasterers Local 9 325 Oliver Street
No. Tonawanda, NY 14120


Henrietta Building Supplies
1 Riverton Way
W. Henrietta, NY 14586


Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250-8002


Home Depot
Dept 32-2003444084-PO Box 6029
The Lakes, NV 88901-6029
```

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


IUPAT Pension Fund
PO Box 92869
Chicago, IL 60675-2869


Kamco Supply Corp. of New England
PO Box 530
Wallingford, CT 06492


Kelley Brothers
101 Benbro Drive
Buffalo, NY 14225


Laborers Local #91
2556 Seneca Avenue
Niagara Falls, NY 14305


Laborers Local #91 Benefit Funds
2556 Seneca Avenue
Niagara Falls, NY 14305


Laborers Union Local 210
2750 Harlem Road - Suite 100
Cheektowaga, NY 14225


Mead Supply, Inc.
75 Innsbruck Drive
Cheektowaga, NY 14227


National Fuel Gas
PO Box 4103
Buffalo, NY 14264


NFTA-Metro Transportation
PO Box 5008
Buffalo, NY 14205


NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205

NYSEG
PO Box 5600
Ithaca, NY 14852-5600


NYSLPAC
2750 Harlem Road - Suite 100
Cheektowaga, NY 14225


OCM Construction, Inc.
116 Edison Street
Lackawanna, NY 14218


Painters DC-4
585 Aero Drive
Cheektowaga, NY 14225


Paul Dommer - Rent
19 Cardy Lane
Depew, NY 14043


Plasterers Local 9
325 Oliver Street
No. Tonawanda, NY 14120


Progressive Systems, Inc.
8095 Riley Street
Zeeland, MI 49464


R. B U'Ren Equipment, Inc.
1120 Connecting Road
Niagara Falls, NY 14304


Richard W. Holtzberg, Esq.
2526 Browncroft Boulevard
Rochester, NY 14625


Rochester Davis Fetch Corp.
175 Dodge Street
Rochester, NY 14606


Scranton's Thruway Builders
3360 Walden Avenue
Depew, NY 14043

Seneca Blueprint
3360 Union Road
Buffalo, NY 14225


Shanor Electric Supply
285 Hinman Avenue
Buffalo, NY 14216


Sherwin Williams
2082 George Urban Blvd.
Depew, NY 14043


Skyworks, LLC
100 Thielman Drive
Buffalo, NY 14206


Staples Credit Plan
Dept 51-7819726943/PO Box 689020
Des Moines, IA 50368-9020


Thermal Foams
2101 Kenmore Avenue
Buffalo, NY 14207


Thomas Warda
3248 Lockport-Olcott Road
Newfane, NY 14108


Tool Ranch
3857 Walden Avenue
Lancaster, NY 14086


Tri Star Auto Repair
3625 Genesee Street
Cheektowaga, NY 14225


United Rentals, Inc.
45 Center Street
Batavia, NY 14020


Vanner Insurance Agency
11 Pinchot Court #100
Amherst, NY 14228

```
Verizon
PO Box 15124
Albany, NY 12212-5214


Village of Lancaster
5423 Broadway
Lancaster, NY 14086
```